QUIN DENVIR, Bar #49374
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
ROBERT RAMESES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RAMESES, ) | NO. S-04-1173 GEB GGH P |
| ) | |
| Petitioner, ) | |
| ) | **ORDER GRANTING UNOPPOSED REQUEST** |
| v. ) | **TO EXTEND TIME TO FILE JOINT** |
| ) | **SCHEDULING STATEMENT** |
| GARY LACEY, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |
| _____ ) | Judge:   Hon. Gregory G. Hollows |

Pursuant to the unopposed request of petitioner, and good cause appearing therefor, it is hereby ORDERED that the joint scheduling statement be filed on or before July 6, 2005.

DATED: 6/7/05

/s/ Gregory G. Hollows
_____
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

rame1173.eot05