```
QUIN DENVIR, Bar #49374
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
ROBERT RAMESES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RAMESES, ) | NO. S-04-1173 GEB GGH P |
| Petitioner, ) | |
| ) | **UNOPPOSED REQUEST TO EXTEND** |
| v. ) | **DEADLINE FOR FILING MEMORANDUM OF** |
| ) | **POINTS AND AUTHORITIES IN SUPPORT** |
| SCOTT KERNAN, Warden, ) | **OF AMENDED PETITION FOR WRIT OF** |
| ) | **HABEAS CORPUS** |
| Respondent. ) | |
| _____ ) | Judge: Hon. Gregory G. Hollows |

Pursuant to Local Rule 6-142, Petitioner, ROBERT RAMESES, by and through his counsel, Assistant Federal Defender David M. Porter, hereby requests an extension of 30 days in which to file the memorandum of points and authorities in support of the amended petition for writ of habeas corpus, which is currently due on October 13, 2005.

This extension is the first extension requested and it is being sought because of the undersigned's deadline for filing a Ninth Circuit opening brief on October 12, 2005 and the mail delays in securing from petitioner a declaration to be filed with the memorandum.

This extension is not interposed to unduly delay the proceedings, to gain unfair advantage, or for any other improper purpose. The undersigned has contacted respondent's counsel, Deputy Attorney General

Mathew K. Chan, who graciously indicated that he has no opposition to the requested extension.  Accordingly, petitioner requests this Court enter the order being filed simultaneously with, but separately from, this request.

Dated:   October 11, 2005

                                  Respectfully submitted,

                                  QUIN DENVIR
                                  Federal Defender


                                  ___/s/ David M. Porter____
                                  DAVID M. PORTER
                                  Assistant Federal Defender

                                  Attorney for Petitioner
                                  ROBERT RAMESES


## ORDER

Petitioner incorrectly asserts that this is his first request for extension of time.  In fact, an order filed on September 14, 2005, granted petitioner's first request to extend the time for filing the memorandum of points and authorities, which request was made on September 7, 2005.

Pursuant to the unopposed second request of petitioner, it is hereby ORDERED that the memorandum of points and authorities in support of the amended petition for writ of habeas corpus shall be filed within thirty days of the date of this order.  No further extension of time shall be granted.

DATED: 10/20/05

                                  /s/ Gregory G. Hollows

                                  _____
                                  THE HONORABLE GREGORY G. HOLLOWS
                                  United States Magistrate Judge

rame1173.po2