1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10  ROBERT RAMESES,
11          Petitioner,              No. CIV S-04-1173 GEB GGH P
12      vs.
13  GARY LACEY, et al.,
14          Respondents.             ORDER
15  _____/
16          Pursuant to the parties' joint scheduling statement and subsequent filings in this
17  case, including the filing of petitioner's first amended petition on September 7, 2005[1] and
18  petitioner's memorandum of points and authorities in support of the first amended petition on
19  November 21, 2005, the court now directs a response from respondent.
20  \\\\\
21  \\\\\
22  \\\\\
23  \\\\\
24  \\\\\
25  \\\\\
26

---

[1] It appears in light of the claim of exhaustion of all claims within the first amended petition, that petitioner no longer seeks a stay of this matter.

1 | Accordingly, IT IS ORDERED that respondent must file an answer or dispositive
2 | motion within 30 days; thereafter, petitioner must file any reply or opposition, as appropriate,
3 | within 30 days of service of respondent's responsive pleading; if respondent filed a motion,
4 | respondent will have 15 days after service of an opposition to file a reply.

DATED: 11/29/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
rame1173.pst3