IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT RAMESES,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**SCOTT KERNAN, Warden,**<br><br>　　　　　　　　　　Respondent. | CIV S-04-1173 GEB GGH P<br><br>**ORDER** |

　　　　GOOD CAUSE APPEARING,

　　　　IT IS ORDERED that Respondent's request for a 30-day extension of time to file an answer to the petition for writ of habeas corpus is hereby granted. The answer to the petition shall be filed on or before January 28, 2006.

Dated: 1/4/06

　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

rame1173.por

[Proposed] Order

1