1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Petitioner
   ROBERT RAMESES

   IN THE UNITED STATES DISTRICT COURT

   FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERT RAMESES, | ) NO. Civ. S-04-1173 GEB GGH P |
|---|---|
| Petitioner, | ) **REQUEST TO EXTEND DEADLINE FOR** |
| | ) **FILING TRAVERSE; ORDER** |
| v. | ) |
| SCOTT KERNAN, Warden, | ) |
| Respondent. | ) Judge:   Hon. Gregory G. Hollows |

Pursuant to Local Rule 6-142, Petitioner, ROBERT RAMESES, by and through his counsel, Assistant Federal Defender David M. Porter, hereby requests an extension of 30 days in which to file the traverse, which is currently due on February 27, 2006.

This extension is the first extension requested and it is being sought because of the undersigned's duties in other cases, including filing objections to findings and recommendations, and two appellate reply briefs.

This extension is not interposed to unduly delay the proceedings, to gain unfair advantage, or for any other improper purpose.  The undersigned attempted to contact respondent's counsel, but the call has not yet been returned.  Accordingly, petitioner requests this Court

enter the order lodged with this request.

Dated:  February 24, 2006

                                               Respectfully submitted,

                                               DANIEL J. BRODERICK
Acting Federal Defender


                                               */s/ David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Petitioner
ROBERT RAMESES

**O R D E R**

Pursuant to the request of petitioner, and good cause appearing therefor, it is hereby ORDERED that the traverse may be filed on or before March 29, 2006.

DATED:  3/1/06

                                      /s/ Gregory G. Hollows

                                      _____
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

rame1173.po