```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
ROBERT RAMESES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RAMESES, | NO. Civ. S-04-1173 GEB GGH P |
| Petitioner, | **UNOPPOSED REQUEST TO EXTEND DEADLINE FOR FILING TRAVERSE;** |
| v. | **ORDER** |
| SCOTT KERNAN, Warden, | |
| Respondent. | Judge:   Hon. Gregory G. Hollows |

Pursuant to Local Rule 6-142, Petitioner, ROBERT RAMESES, by and through his counsel, Assistant Federal Defender David M. Porter, hereby requests an extension of 30 days in which to file the traverse, which is currently due on March 29, 2006.

This extension is the second extension requested, one earlier extension of thirty days having been granted, and it is being sought because of the undersigned's duties in other cases, including filing one opening and three appellate reply briefs, a Ninth Circuit oral argument, and a supplemental brief.

This extension is not interposed to unduly delay the proceedings, to gain unfair advantage, or for any other improper purpose. The undersigned has contacted respondent's counsel, Deputy Attorney General

Mathew K. Chan, who graciously indicated that he has no opposition to the requested extension.  Mr. Rameses has been notified and personally joins in this request.  Accordingly, petitioner requests this Court enter the order lodged with this request.

Dated:  March 28, 2006

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Acting Federal Defender

                                       /s/ *David M. Porter*
                                      DAVID M. PORTER
                                      Assistant Federal Defender

                                      Attorney for Petitioner
                                      ROBERT RAMESES

## O R D E R

Pursuant to the request of petitioner, and good cause appearing therefor, it is hereby ORDERED that the traverse may be filed on or before April 28, 2006.

DATED:  4/10/06

                                      /s/ Gregory G. Hollows
                                      _____
                                      HONORABLE GREGORY G. HOLLOWS
                                      United States Magistrate Judge

rame1173.po2