IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT RAMESES,

      Petitioner,               No. CIV S-04-1173 GEB GGH P

      vs.

SCOTT KERNAN,

      Respondent.             <u>ORDER</u>

_____/

      In his federal declaration, petitioner Rameses referenced a form that the bailiffs would read from when advising him of stun belt procedures. If such a form exists, the undersigned would like to see it, and expand the record with it.

      Therefore, counsel in this proceeding are directed to meet and confer, and establish the best method for obtaining the form that (a) was actually used, or (b) if (a) is unavailable or never existed, the form generally utilized for such advisements at the time of petitioner's trial.

\\\\\

\\\\\

\\\\\

\\\\\

1

1 The undersigned would like the form(s) submitted by November 13, 2007 along
2 with an explanatory pleading. If more time is needed, counsel should jointly request more time.
3 If formal discovery is needed, or a further order of the court, such should be requested.
4 DATED: 11/5/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

rame1173.ord