```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
ROBERT RAMESES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RAMESES,<br><br>   Petitioner,<br><br> v.<br><br>SCOTT KERNAN, Warden,<br><br>   Respondent.<br>_____ | NO. Civ. S-04-1173 GEB GGH P<br><br>**JOINT REQUEST TO EXTEND DEADLINE FOR FILING RESPONSE TO COURT'S ORDER OF NOVEMBER 5, 2007; ORDER**<br><br><br><br><br>Judge: Hon. Gregory G. Hollows |

  Pursuant to Local Rule 6-142, Petitioner, ROBERT RAMESES, by and through his counsel, Assistant Federal Defender David M. Porter, and Respondent, SCOTT KERNAN, by and through his counsel, Justain Riley, Deputy Attorney General, hereby request an extension of seven days in which to file the response to the Court's order of November 5, 2007.

  This extension is the first extension requested, and it is not interposed to unduly delay the proceedings, to gain unfair advantage, or for any other improper purpose.  Counsel for petitioner has been informed that the booking jackets contain no form signed by Mr. Rameses concerning the warning he received about the stun belt.  Counsel for petitioner has also received a notification form that was used by the El Dorado County Sheriff's Office at or about the time of Mr. Rameses'

trial, but a brief extension of time is needed to obtain declarations and draft the explanatory pleading.

Accordingly, the parties request this Court enter the order lodged with this request.

Dated:  November 13, 2007

Respectfully submitted,

| EDMUND G. BROWN | DANIEL J. BRODERICK |
| Attorney General | Federal Defender |

| /s/ *Justain Riley* | /s/ *David M. Porter* |
| JUSTAIN RILEY | DAVID M. PORTER |
| Deputy Attorney General | Assistant Federal Defender |
| Attorney for Respondent | Attorney for Petitioner |
| SCOTT KERNAN | ROBERT RAMESES |

### **O R D E R**

Pursuant to the parties' request, and good cause appearing therefor, it is hereby ORDERED that the response to this Court's order of November 5, 2007, may be filed on or before November 20, 2007.

DATED: 11/16/07

/s/ Gregory G. Hollows
_____
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

rame1173.eot