**ROBERT RAMESES, Petitioner**
**v.**
**SCOTT KERNAN, Warden, Respondent**

**CASE No. S 04-1173 GEB GGH P**

# EXHIBIT A

1

## DECLARATION OF BRIANNE SIRI

2      I, BRIANNE SIRI, declare as follows:

3 1.    I am a Sheriff Technician II with the El Dorado County Sheriff's

4      Office. I make this declaration of my own knowledge.

5 2.    On or about November 6, 2007, I examined the booking jackets in the

6      case of *People v. Robert Rameses*, P99CRF0104, P99CRF0145, at the

7      request of Assistant Federal Defender David M. Porter.

8 3.    The booking jackets contained no notification form concerning stun

9      belt procedures.

10      I declare under penalty of perjury that the foregoing is true and

11 correct, and that this declaration was executed this ____ day of November,

12 2007, at Placerville, California.

13

14

15 BRIANNE SIRI

16

17

18

19

20

21

22

23

24

25

26

27

28