# ROBERT RAMESES, Petitioner
# v.
# SCOTT KERNAN, Warden, Respondent

## CASE No. S 04-1173 GEB GGH P

# EXHIBIT 3

# Courtroom/Defendant Notification Form

#02-04

**YOU ARE HEREBY ADVISED THAT YOU ARE BEING REQUIRED TO WEAR AN ELECTRONIC IMMOBILIZATION SYSTEM DURING TRIAL / COURTROOM PROCEEDINGS**

This System contains 50,000 volts of electricity. By means of a remote transmitter, an attending officer has the ability to activate the stun package attached to you, thereby possibly causing the following results to take place:

1. Immobilization causing you to fall to the ground
2. Possibility of self-defecation
3. Possibility of self-urination

**FAILURE TO COMPLY WITH OFFICER WARNING PERTAINING TO A, B. or C COULD LEAD TO ANY OF THE ABOVE!**

If you <u>are required</u> to wear this System during court proceedings, it <u>could</u> be activated under the following actions on your behalf:

A. Any hostile movement or attempted assault
B. Any tampering with the system
C. Any attempt to escape custody

**This apparatus will NOT be activated for simply consulting with legal counsel.**

**I UNDERSTAND THE ABOVE INFORMATION AND ACKNOWLEDGE BEING ADVISED OF SAME.**

_____    _____
Subject Name - Print                       Control Officer

_____    _____
Subject's Signature                          Date