1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Petitioner
   ROBERT RAMESES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERT RAMESES, | ) NO. Civ. S-04-1173 GEB GGH P |
|---|---|
| Petitioner, | ) **UNOPPOSED REQUEST TO EXTEND** |
| | ) **DEADLINE FOR FILING OBJECTIONS TO** |
| v. | ) **MAGISTRATE JUDGE'S FINDINGS AND** |
| | ) **RECOMMENDATIONS; ORDER** |
| SCOTT KERNAN, Warden, | ) |
| Respondent. | ) |
| | ) Judge:   Hon. Gregory G. Hollows |
| _____ | ) |

Pursuant to Local Rule 6-142, Petitioner, ROBERT RAMESES, by and through his counsel, Assistant Federal Defender David M. Porter, hereby requests an extension of 30 days in which to file objections to the findings and recommendations, which are currently due on December 20, 2007.

This extension is the first extension requested, and it is being sought to enable the undersigned to communicate with Mr. Rameses and because of the undersigned's duties in other cases, which include assisting defendants sentenced under the crack cocaine guidelines in filing motions to reduce their sentences under 18 U.S.C.

/ / /

/ / /

1  § 3582(c)(2).[*]

2     This extension is not interposed to unduly delay the proceedings,
3  to gain unfair advantage, or for any other improper purpose.  The
4  undersigned has contacted respondent's counsel, Deputy Attorney General
5  Justain Paul Riley, who graciously indicated that he has no opposition
6  to the requested extension.  Accordingly, petitioner requests this
7  Court enter the order lodged with this request.
8  Dated:  December 14, 2007

                                       Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ *David M. Porter*
                                       DAVID M. PORTER
                                       Assistant Federal Defender

                                       Attorney for Petitioner
                                       ROBERT RAMESES

### O R D E R

Pursuant to the request of petitioner, and good cause appearing therefor, it is hereby ORDERED that the objections to the findings and recommendations may be filed on or before January 22, 2008.  Any reply to the objections shall be served and filed within ten days after service of the objections.

DATED: 12/18/07                       /s/ Gregory G. Hollows
                                     U.S. Magistrate Judge

rame1173.po

---

[*] Although the undersigned sent a copy of the findings and recommendations to Mr. Rameses on November 28, 2007, and again on December 3, 2007, he had apparently not received either copy as of December 7, 2007.  See CR #56.