1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Petitioner
   ROBERT RAMESES

7              IN THE UNITED STATES DISTRICT COURT
8              FOR THE EASTERN DISTRICT OF CALIFORNIA

11 ROBERT RAMESES,            )   NO. Civ. S-04-1173 GEB GGH P
                              )
12           Petitioner,      )   **ORDER**
                              )
13      v.                    )
                              )
14 SCOTT KERNAN, Warden,      )
                              )
15           Respondent.      )
                              )
16 _____)

17                         **O R D E R**

18      Pursuant to the petitioner's request (#63) and the motion of
19 petitioner's counsel (#66), and good cause appearing therefor, it is
20 hereby ORDERED that the Office of the Federal Defender is relieved as
21 counsel for petitioner, and Mr. Rameses will henceforth represent
22 himself.  The hearing set on the motion for March 20, 2008, is hereby
23 VACATED.
24      Docket entries #56 (previously disregarded), #60 (previously
25 stricken) are revived in the docket, and are now, along with docket
26 entry #64, to be construed as Mr. Rameses' objections to the magistrate
27 judge's findings and recommendations.  Respondent has twenty days from
28 the date of this order to file a reply, if any, to the deemed

1  objections.  Petitioner's request for leave to amend/supplement the
2  traverse/pleading is denied (#65).
3          The Clerk of Court is directed to amend the service list to
4  reflect that the Office of the Federal Defender is no longer
5  representing petitioner, and that Mr. Rameses is now representing
6  himself.  All documents, pleadings and orders shall be served on
7  petitioner directly as follows:

Mr. Robert Rameses
P-99863 / Bldg 15 - 226
MULE CREEK STATE PRISON
P.O. Box 409000
Ione, CA 95640-9000

DATED: 02/25/08                    /s/ Gregory G. Hollows
                                   United States Magistrate Judge

rame1173.wtd

2