IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT RAMESES,

     Petitioner,          2:04-cv-1173-GEB-GGH-P

  vs.

SCOTT KERNAN, Warden,

     Respondent.         <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's March 31, 2008, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

1

court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: 1) whether petitioner was prejudiced by the court order to wear a stun belt without a hearing and without consideration of less restrictive means to ensure courtroom security; 2) whether prosecutors were motivated to pursue this case as a Three Strikes case by relying, at least in part, on immunized testimony; 3) whether petitioner was prejudiced by the imposition of his sentence in violation of Apprendi [v. New Jersey, 530 U.S. 466, 120 S. Ct. 2348 (2000)].

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

Dated:  December 8, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.

2