IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT RAMESES,

    Petitioner,                   No. CIV S-04-1173 GEB GGH P

    vs.

SCOTT KERNAN,

    Respondent.                <u>ORDER</u>

_____/

        On October 8, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed October 8, 2010, are adopted in full; and

\\\\\

\\\\\

1

2. Petitioner's motion for relief from judgment pursuant to Rule 60(b) is dismissed.

Dated: December 10, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

2